**The Cardoza Law Corporation**
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
548 Market St. #80594
San Francisco, CA 94104
Telephone:  (415) 488-8041
Facsimile:   (415) 651-9700
*Attorney for Plaintiff*,
Leroy Richard Sr.

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **LEROY RICHARD SR.** | **Case No.:5:16-cv-4587-HRL** |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| **WESTERN DENTAL SERVICES, INC. and AARGON AGENCY, INC.;** | |
| Defendants | |

///

///

///

///



**NOTICE OF SETTLEMENT**

**TO THE COURT:**

Plaintiff hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled, and to request until December 2, 2016 to file the contemplated dismissal.

                                            Respectfully Submitted,

                                            THE CARDOZA LAW CORPORATION

DATED: November 22, 2016        BY: /S/ MICHAEL F. CARDOZA
                                            MICHAEL F. CARDOZA, ESQ.
                                            (SBN: 194065)
                                            MIKE.CARDOZA@CARDOZALAWCORP.COM
                                            548 MARKET ST. #80594
                                            SAN FRANCISCO, CA 94104
                                            TELEPHONE: (855) 982-2400
                                            FACSIMILE:   (415) 651-9700

                                            ATTORNEY FOR PLAINTIFF,
                                            LEROY RICHARD, SR.