**The Cardoza Law Corporation**
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
548 Market St. #80594
San Francisco, CA 94104
Telephone:  (415) 488-8041
Facsimile:   (415) 651-9700
*Attorney for Plaintiff*,
Leroy Richard Sr.

E-filed 12/8/2016

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **LEROY RICHARD SR.** <br><br> Plaintiff, <br><br> v. <br><br> **WESTERN DENTAL SERVICES, INC. and AARGON AGENCY, INC.;** <br><br> Defendants | **Case No.:** 5:16-cv-04587 - HRL <br><br> **STIPULATION OF DISMISSAL [FRCP41(A)] AND ORDER OF DISMISSAL** |

///

///

///

///

**STIPULATION AND ORDER OF DISMISSAL CASE NO: 5:16-CV-04587 - HRL**

Plaintiff **Leroy Richard Sr.** and Defendants **Western Dental Services, Inc.** and **Aargon Agency, Inc.** hereby stipulate under Federal Rule of Civil Procedure 41(a)1(1)(ii) that the above-entitled action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

DATED: December 2, 2016         THE CARDOZA LAW CORPORATION

BY: /s/ Michael F. Cardoza
Michael F. Cardoza, Esq.
Attorney for Plaintiff,
Leroy Richard, Sr.

DATED: December 2, 2016         WOOD, SMITH, HENNING & BERMAN, LLP

BY: /s/ Wyeth E. Burrows
Wyeth E. Burrows, Esq.
Attorney for Defendant,
Western Dental Services, Inc.

DATED: December 2, 2016         SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP

BY: /s/ Harijot S. Khalsa
Harijot S. Khalsa, Esq.
Attorney for Defendant,
Aargon Agency, Inc.

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsel, and that I have obtained their authorization to affix electronic signatures to this document.

DATED: December 2, 2016          THE CARDOZA LAW CORPORATION

BY: /S/ MICHAEL F. CARDOZA
MICHAEL F. CARDOZA, ESQ.
ATTORNEY FOR PLAINTIFF,
LEROY RICHARD, SR.

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated:  12/8/2016



HON. JUDGE HOWARD R. LLOYD
United States Magistrate Judge

**STIPULATION AND ORDER OF DISMISSAL CASE NO: 5:16-CV-04587 – HRL**       **Page 4 of 4**